IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

ANTONIO ROBINSON
                                                  PLAINTIFF

VS.                    CASE NO. 1:08CV00066 JMM

VIRGIL HOLDERBEE, et al.
DEFENDANTS

**<u>ORDER</u>**

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.   There have been no objections.   After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS, THEREFORE, ORDERED that defendant Virgil Holderbee is DISMISSED from plaintiff's complaint, for failure to state a claim.

SO ORDERED this 28th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE