IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

ANTONIO C. ROBINSON,
ADC #110422                                                                                          PLAINTIFF

v.                                              1:08CV00066HLJ

VIRGIL HOLDERBEE, et al.                                                                      DEFENDANTS

## ORDER

This matter is before the Court on the defendants' motion for summary judgment (DE #21). As of this date, plaintiff has not filed a response to the motion. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall file a response to defendants' motion for summary judgment within ten (10) days of the date of this Order. Failure to respond to this Court's Order shall result in the dismissal without prejudice of the plaintiff's complaint. See Local Rule 5.5(c)(2).

IT IS FURTHER ORDERED that defendants shall provide the last-known address for defendant Tony Younger, who has not been served, within ten days of the date of this Order.

IT IS SO ORDERED this 11th day of May, 2009.

_____
United States Magistrate Judge