IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

ANTONIO ROBINSON,
ADC #110422                                                                                    PLAINTIFF

VS.                          CASE NO.1:08CV00066JMM/HLJ

VIRGIL HOLDERBEE, et al.                                                            DEFENDANTS

## ORDER

By Order dated May 11, 2009, this Court directed defendants to provide the last-known address of defendant Tony Younger, who has not yet been served (DE #24).  Defendants have responded to the Court (DE #26), providing a last-known address for defendant Younger.  Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the defendant Tony Younger, and the United States Marshal is hereby directed to serve a copy of the summons and original and amended complaints (DE ##2, 5) on defendant, at 43 Oak Grove Road, Batesville, AR 72501, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 29th day of May, 2009.

_____
United States Magistrate Judge