IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

ANTONIO ROBINSON,
ADC #110422                                                                                          PLAINTIFF

VS.                           CASE NO.1:08CV00066JMM/HLJ

VIRGIL HOLDERBEE, et al.                                                                   DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants' motion for summary judgment (DE #21) is hereby GRANTED in part with respect to plaintiff's failure to protect allegations against them, and DENIED in part with respect to plaintiff's allegations of racial discrimination.

IT IS SO ORDERED this 16th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE