IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

ANTONIO C. ROBINSON,
ADC #110422                                                                          PLAINTIFF

v.                                        1:08CV00066JMM/HLJ

VIRGIL HOLDERBEE, et al.                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 29th day of September, 2009.

_____
United States District Judge